```
          UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 07 B 10445
    DIANA P THACKER
                                               CHAPTER 13

                                               JUDGE: JOHN H SQUIRES
            Debtor
    SSN XXX-XX-3717


---------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 06/12/07 and confirmed on 11/16/07.

    2.  The case was dismissed after confirmation, 01/30/2009.

    3.  The Debtor paid a total of $   8460.00 .

    4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| COUNTRYWIDE FINANCIAL | CURRENT MORTG | .00 | .00 | .00 |
| COUNTRYWIDE FINANCIAL | MORTGAGE ARRE | 49928.49 | .00 | 686.12 |
| HSBC MORTGAGE SERVICES | SECURED | .00 | .00 | .00 |
| HSBC MORTGAGE SERVICES | MORTGAGE ARRE | 5855.98 | .00 | 3931.24 |
| AMERICAN GENERAL FINANCE | UNSECURED | 5418.49 | .00 | .00 |
| DUPAGE COUNTY COLLECTOR | SECURED | 5459.04 | .00 | 1546.66 |
| WELLS FARGO FINANCIAL AC | SECURED VEHIC | .00 | .00 | .00 |
| INTERNAL REVENUE SERVICE | PRIORITY | .00 | .00 | .00 |
| ILLINOIS DEPT REVENUE | UNSECURED | 852.37 | .00 | .00 |
| FREEDOM CARD GOLD MASTER | UNSECURED | 213.40 | .00 | .00 |
| COMED | UNSECURED | 2906.88 | .00 | .00 |
| AURORA EARTHMOVER CREDIT | UNSECURED | 14156.49 | .00 | .00 |
| EARTH MOVERS C U | UNSECURED | NOT FILED | .00 | .00 |
| PREMIER BANKCARD/CHARTER | UNSECURED | 272.64 | .00 | .00 |
| FIRST PREMIER BANK | UNSECURED | NOT FILED | .00 | .00 |
| FOX VALLEY CONSTRUCTION | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | 1057.05 | .00 | .00 |
| PLS FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| SBC AMERITECH | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| ROUNDUP FUNDING LLC | UNSECURED | 197.14 | .00 | .00 |
| INTERNAL REVENUE SERVICE | UNSECURED | 4716.95 | .00 | .00 |
| COMPLETE REMODLING & PAI | UNSECURED | 6657.00 | .00 | .00 |
| ROBERT V SCHALLER | ORIGINAL ATTO | 2024.00 | .00 | 1870.63 |

Summary of disbursements:

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|

--------------------------------------------------------------------------------
```
TOTAL CLMS ALLOWED      61243.51        2024.00       36448.41            .00       99715.92
PRINCIPAL PAID           6164.02        1870.63           .00             .00        8034.65
INTEREST PAID                .00            .00           .00             .00            .00
TOTAL PAID               6164.02        1870.63           .00             .00        8034.65
```
The Debtor's attorney, PRO SE DEBTOR                    , was allowed $        .00
and was paid $          .00 .

The Trustee received $     425.35 .

Refunds to the Debtor totaled $          .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 03/11/09                          /S/
                                         GLENN STEARNS
                                         CHAPTER 13 TRUSTEE